## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4239          Assigned/Issued By: j. n.

Judge Name:                    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____                 Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*
☐ Writ _____            ☐ Other
      *(Type of Writ)*                 _____
                                       _____
                                       *(Type of issuance)*

1 Original and 0 copies on 7-28-08 as to defendant _____
                            *(Date)*