IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NATIVE AMERICAN ARTS, INC.,

    Plaintiff,

vs.

ARDEN TECHNOLOGIES, INC., d/b/a, MUSEUM STORE COMPANY.COM AND THEARTIFACT.COM,

    Defendants.

Case No.  08 C 4239
Judge:  Nordberg
Magistrate Judge Keys

## JURY DEMAND

    Defendant Arden Technologies, Inc., d/b/a, Museum Store Company.com and TheArtifact.com, by its attorneys Charles A. LeMoine, Katharine N. Dunn, Sonia Desai and Dykema Gossett PLLC, hereby demands trial by jury.

    Respectfully submitted,

    DYKEMA GOSSETT PLLC

By:  s/ Charles A. LeMoine
    One of the Attorneys for Arden Technologies, Inc., d/b/a, Museum Store Company.com and TheArtifact.com

Charles A. LeMoine, 6194888
Katharine N. Dunn, 6282789
Sonia Desai 6255838
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700

CH:259006.1

CHICAGO\2501372.1
ID\CLMO